AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   3:13-cv-05541-MAS-TLB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Michael Mastellone

was received by me on *(date)*   10/01/2013   .

❑  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑  I left the summons at the individual's residence or usual place of abode with *(name)*   Patricia Mastellone,

Spouse _____ , a person of suitable age and discretion who resides there,

on *(date)*   10/04/2013   , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/04/2013

_____
*Server's signature*

Matthew L. Dunlevy, NJ Certified Process Server
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:
Service was effected at 14 Townsend Avenue Cedar Knolls, NJ 07927 @ 7:25 AM EDT.