# GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL

HARRY A. GOLDENBERG (1938-2003)
KENNETH D. MACKLER***
JOSEPH ERAN SAYEGH**
LAWRENCE A. MINTZ***
MARK PFEFFER**
KEITH A. BONCHI
MICHAEL A. GILL****
MICHAEL J. MACKLER**
HOWARD J. HEALD
ALLISON E. WEINER
FRANCIS J. BALLAK
LAUREN E. TYLER
NANCY MARTELLIO
DANIEL G. TRACY
JOEL M. CHIPKIN**
JEANINE C. WARRINGTON
MATTHEW S. MAISEL

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY IN THE FOLLOWING AREAS
**    CIVIL TRIAL LAW
***   WORKERS' COMPENSATION LAW
****  MATRIMONIAL LAW

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
660 NEW ROAD, SUITE 1A
NORTHFIELD, NEW JERSEY 08225
http://www.gmslaw.com
TAX ID #22-1980737
---------
(609) 646-0222
FAX (609) 646-0887

kbonchi@gmslaw.com

032321983

ATLANTIC CITY OFFICE
1030 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401
(609) 344-7131
FAX
(609) 347-6024

RIO GRANDE OFFICE
THE HERALD BUILDING
1508 ROUTE 47 SOUTH, SUITE 3
RIO GRANDE, NJ 08242
(609) 886-4333
FAX
(609) 886-9441

VINELAND OFFICE
1173 EAST LANDIS AVENUE
BUILDING B, SUITE 2
VINELAND, NJ 08360
(856) 839-0953
FAX
(856) 839-0959

P L E A S E  R E P L Y  T O
NORTHFIELD

October 9, 2013

VIA CM/ECF

Hon. Tonianne J. Bongiovanni, U.S. Magistrate Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street, Room 6052
Trenton, NJ  08608

RE:  Bauer et als. v. William S. Green, et als.
     Our Clients:  Robert U. Del Vecchio and Robert U. Del Vecchio Pension Trust
     Case No. 3:13-cv-05541-MAS-TJB
     Our File No. 53818-22

Dear Judge Bongiovanni:

Please be advised that the undersigned lawfirm represents defendants, Robert U. Del Vecchio and the Robert U. Del Vecchio Pension Trust in the above captioned matter. I acknowledged service in this matter on September 19, 2013. The docket indicates that an Answer is due on October 10, 2013.

I attended the status conference for the main class action case before Judge Shipp on October 8, 2013. I requested an extension of time to file an answer in this matter and was advised by Judge Shipp's law clerk that I should send a letter on the docket making this request.

Please be advised that I have the consent of plaintiff's counsel in this matter and would request an extension until Monday, December 9, 2013. The purpose of this extension is to give the parties time to try to resolve this matter.

I await your reply. Thank you for your courtesy and cooperation.

Respectfully yours,

KEITH A. BONCHI

KAB:jab
Encl.
cc:  Bruce Daniel Greenberg, Esq. (via CM/ECF)
     Jason A. Zweig, Esq. (via email: jasonz@hbsslaw.com)