Client Ref.: 149856

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Docket Number: 3:13-CV-05541-MAS-TJB

Filed On: 9/17/2013

Gila Bauer as Trustee for the Gila Bauer Recovable Trust; Melissa Jacobs; Frances A. Schmidt and Donald W. Schmidt; and Son, Inc.
Plaintiff

vs

William S. Green; Norman T. Remick; Isaac Moradi; Michael Mastellone; Pat Carabellese; Pam Investors; Heartwood 55, LLC; et al
Defendant

State of New Jersey:
Bergen County ss:

I Manuel Bayo, being duly sworn according to law upon my oath, depose and say: Deponent is not a party to this action, has no direct personal interest in this litigation, is over eighteen years of age and resides in the State of New Jersey.

That on **10/4/2013 at 1:50pm.**, at **28 Cunningham Drive, West Orange, NJ 07052**
Deponent served the within  Summons in a Civil Case, Class Action Complaint Jury Trial Demand
On **Isaac Moradi**

**PERSONAL/INDIVIDUAL:** By delivering thereat a true copy of each to **Isaac Moradi** personally, deponent knew said Individual so served to be the Individual described as **Isaac Moradi** therein.

**DESCRIPTION:** **Isaac Moradi** is described to the best of deponent's ability at the time and the circumstances of service as follows: Gender: **Male** Race/Skin: **White**  Hair: **Black** Age: **50 - 60 Yrs** Height: **5'9" - 6'5"** Weight: **Over 200 Lbs.** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.
Subscribed and Sworn to before me on Oct 9,
20 13

DONNA JEAN ARCIUOLO (2105512)
Notary Public of New Jersey
My Commission Expires November 30, 2017

X _____
**MANUEL BAYO, Process Server**
Job # 201214473

